**William Irvin MARABLE, Sr.,**
**Plaintiff–Appellant,**

v.

**Lisa EDWARD; Lieutenant Adcock; Gene Johnson; James E. Brigg; W. Huffman; Goodwin, Correctional Officer, Defendants–Appellees.**

**No. 01–6860.**

United States Court of Appeals,
Fourth Circuit.

Submitted Oct. 18, 2001.

Decided Oct. 25, 2001.

William Irvin Marable, Sr., pro se.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

William Irvin Marable, Sr., appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Marable v. Edward,* No. CA–01–441–AM (E.D.Va. May 7, 2001). Marable's motions for the appointment of counsel and to file an amended complaint are denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*